# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERNESTO GUERRERO ZARRAGA,<br><br>        Defendant. | **4:20CR3122**<br><br>**ORDER** |

Defendant was released from detention by mistake. A warrant was promptly issued for his arrest. Officers have searched for the defendant, but he has not been arrested and his whereabouts are unknown. He did not appear at the change of plea hearing scheduled for today, but due to his release, there is no evidence he knew when the hearing was to be held

Accordingly,

IT IS ORDERED that the time between today's date and the date when the defendant is apprehended by, or he turns himself in to, law enforcement shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(3). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of July, 2021.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge